JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAKE R. SWOPES,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　　Defendant. | CASE NO. 2:18-cv-1849-SK<br>**JUDGMENT** |

It is **ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: July 15, 2018

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　HON. STEVE KIM
　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE